UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **KOELLE, DOUGLAS G** | ) | Bankruptcy Case No. 16-02729 DRC |
| **KOELLE, REBECCA L** | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 27, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Jeffrey Snell
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

BRADLEY S. COVEY
Covey & Covey
232 S. Batavia Avenue
Batavia, IL 60510

**VIA REGULAR MAIL**

KOELLE, DOUGLAS G
KOELLE, REBECCA L
1390 BENT OAK TRAIL
AURORA, IL 60506

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

DISCOVER BANK
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

AMERICAN EXPRESS
CENTURION BANK
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American InfoSource LP as
agent for TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

Wells Fargo Bank NA
PO Box 10438
Des Moines, IA 50306-0438

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (JC Penney and Amazon.com Store Card )
POB 41067
Norfolk, VA 23541

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000