**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KOELLE, DOUGLAS G | § | Case No. 16-02729 |
| KOELLE, REBECCA L | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $70,970.00                     Assets Exempt: $2,979.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,882.41       Claims Discharged
                                                  Without Payment: $57,175.63

Total Expenses of Administration: $3,617.59

---

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,617.59 | 3,617.59 | 3,617.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 61,058.04 | 61,058.04 | 3,882.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $64,675.63 | $64,675.63 | $7,500.00 |

4) This case was originally filed under Chapter 7 on January 29, 2016. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference payment to Debtor's mom | 1141-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 8.36 | 8.36 | 8.36 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 2,037.50 | 2,037.50 | 2,037.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 39.56 | 39.56 | 39.56 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 11.81 | 11.81 | 11.81 |
| Rabobank, N.A. | 2600-000 | N/A | 10.36 | 10.36 | 10.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,617.59 | $3,617.59 | $3,617.59 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 666.06 | 666.06 | 42.36 |
| 2 | Discover Bank | 7100-000 | N/A | 4,546.45 | 4,546.45 | 289.10 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,025.62 | 1,025.62 | 65.21 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | N/A | 2,073.94 | 2,073.94 | 131.87 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 600.21 | 600.21 | 38.16 |
| 6 | Wells Fargo Bank NA | 7100-000 | N/A | 1,727.64 | 1,727.64 | 109.85 |
| 7 | CAPITAL ONE, N.A. | 7100-000 | N/A | 2,112.48 | 2,112.48 | 134.32 |
| 8 | Cavalry SPV I, LLC | 7100-000 | N/A | 2,211.97 | 2,211.97 | 140.65 |
| 9 | US DEPT OF EDUCATION | 7100-000 | N/A | 44,212.54 | 44,212.54 | 2,811.28 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,081.24 | 1,081.24 | 68.75 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 799.89 | 799.89 | 50.86 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $61,058.04 | $61,058.04 | $3,882.41 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-02729  
**Case Name:** KOELLE, DOUGLAS G  
KOELLE, REBECCA L  
**Period Ending:** 12/16/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 01/29/16 (f)  
**§341(a) Meeting Date:** 02/29/16  
**Claims Bar Date:** 07/18/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of money - : Bmo Harris | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money - : Gemeral Mills | 75.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money - : General Mills | 25.00 | 0.00 | | 0.00 | FA |
| 5 | misc. household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | misc. household electronic | 500.00 | 0.00 | | 0.00 | FA |
| 7 | misc. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8 | misc. jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Farmers<br>Rebecca Koelle | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Minnesota Life<br>Rebecca Koelle | 0.00 | 0.00 | | 0.00 | FA |
| 11 | : General Mills | 0.00 | 0.00 | | 0.00 | FA |
| 12 | : Hewitt & Assoc. | 37,000.00 | 0.00 | | 0.00 | FA |
| 13 | Ford<br>Edge<br>2010. Entire property value: $9900 | 9,900.00 | 0.00 | | 0.00 | FA |
| 14 | Toyota<br>Camry<br>2007<br>also secued by 2013 Ford<br>Escap | 21,000.00 | 0.00 | | 0.00 | FA |
| 15 | Jeep<br>Grand Cherokee<br>1997. Entire property value: | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Preference payment to Debtor's mom<br>   Listed on Debtor's Statement of Financial Affairs #7 | 9,000.00 | 9,500.00 | | 7,500.00 | FA |
| 16 | **Assets    Totals** (Excluding unknown values) | **$79,970.00** | **$9,500.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-02729
**Case Name:** KOELLE, DOUGLAS G
KOELLE, REBECCA L
**Period Ending:** 12/16/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 01/29/16 (f)
**§341(a) Meeting Date:** 02/29/16
**Claims Bar Date:** 07/18/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   August 23, 2016    **Current Projected Date Of Final Report (TFR):**   August 23, 2016  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-02729  
**Case Name:** KOELLE, DOUGLAS G  
KOELLE, REBECCA L  
**Taxpayer ID #:** **-***2493  
**Period Ending:** 12/16/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****709966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/16 | {16} | Patricia G. Galloway | Settlement Pursuant to Order | 1141-000 | 7,500.00 | | 7,500.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,490.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.81 | 7,478.19 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.36 | 7,467.83 |
| 11/04/16 | 101 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,037.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,037.50 | 5,430.33 |
| 11/04/16 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $39.56, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 39.56 | 5,390.77 |
| 11/04/16 | 103 | Quantum3 Group LLC as agent for | Dividend paid 6.35% on $666.06; Claim# 1; Filed: $666.06; Reference: | 7100-000 | | 42.36 | 5,348.41 |
| 11/04/16 | 104 | Discover Bank | Dividend paid 6.35% on $4,546.45; Claim# 2; Filed: $4,546.45; Reference: | 7100-000 | | 289.10 | 5,059.31 |
| 11/04/16 | 105 | Capital One Bank (USA), N.A. | Dividend paid 6.35% on $1,025.62; Claim# 3; Filed: $1,025.62; Reference: | 7100-000 | | 65.21 | 4,994.10 |
| 11/04/16 | 106 | AMERICAN EXPRESS CENTURION BANK | Dividend paid 6.35% on $2,073.94; Claim# 4; Filed: $2,073.94; Reference: | 7100-000 | | 131.87 | 4,862.23 |
| 11/04/16 | 107 | American InfoSource LP as agent for | Dividend paid 6.35% on $600.21; Claim# 5; Filed: $600.21; Reference: | 7100-000 | | 38.16 | 4,824.07 |
| 11/04/16 | 108 | Wells Fargo Bank NA | Dividend paid 6.35% on $1,727.64; Claim# 6; Filed: $1,727.64; Reference: | 7100-000 | | 109.85 | 4,714.22 |
| 11/04/16 | 109 | CAPITAL ONE, N.A. | Dividend paid 6.35% on $2,112.48; Claim# 7; Filed: $2,112.48; Reference: | 7100-000 | | 134.32 | 4,579.90 |
| 11/04/16 | 110 | Cavalry SPV I, LLC | Dividend paid 6.35% on $2,211.97; Claim# 8; Filed: $2,211.97; Reference: | 7100-000 | | 140.65 | 4,439.25 |
| 11/04/16 | 111 | US DEPT OF EDUCATION | Dividend paid 6.35% on $44,212.54; Claim# 9; Filed: $44,212.54; Reference: | 7100-000 | | 2,811.28 | 1,627.97 |
| 11/04/16 | 112 | Portfolio Recovery Associates, LLC | Dividend paid 6.35% on $1,081.24; Claim# 10; Filed: $1,081.24; Reference: | 7100-000 | | 68.75 | 1,559.22 |
| 11/04/16 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 6.35% on $799.89; Claim# 11; Filed: $799.89; Reference: | 7100-000 | | 50.86 | 1,508.36 |
| 11/04/16 | 114 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,508.36 | 0.00 |
| | | | Dividend paid 100.00% 1,500.00 on $1,500.00; Claim# ; Filed: $1,500.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 8.36 on $8.36; Claim# ; Filed: $8.36 | 2200-000 | | | 0.00 |
| | | | Subtotals : | | $7,500.00 | $7,500.00 | |

{} Asset reference(s)

Printed: 12/16/2016 01:31 PM V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-02729 | **Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** KOELLE, DOUGLAS G | **Bank Name:** Rabobank, N.A. |
| KOELLE, REBECCA L | **Account:** ****709966 - Checking Account |
| **Taxpayer ID #:** **-***2493 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/16/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 7,500.00 | 7,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.00** | **$7,500.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****709966** | 7,500.00 | 7,500.00 | 0.00 |
| | **$7,500.00** | **$7,500.00** | **$0.00** |

{} Asset reference(s)  Printed: 12/16/2016 01:31 PM  V.13.28